UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEIN RAKIN RANDOLPH,

                              Plaintiff,

                -against-

RAMONA L. GOODMAN,

                              Defendant.

Case No. 1:25-cv-04833 (JLR)

**ORDER OF DISMISSAL
WITH LEAVE TO REPLEAD**

JENNIFER L. ROCHON, United States District Judge:

    Plaintiff, appearing *pro se*, filed this pleading that seemingly involves a dispute over

an apartment at 1595 Odell Street 63.  Dkt. 1 ("Compl.")  For the reasons set forth in this

order, the Court dismisses the action for lack of subject matter jurisdiction, with 30 days'

leave to replead.

## STANDARD OF REVIEW

    The Court must dismiss a complaint when the Court lacks subject matter jurisdiction

of the claims raised.  *See* Fed. R. Civ. P. 12(h)(3).  While the law mandates dismissal on that

ground, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d

66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*,"

*Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation

marks omitted).  But the "special solicitude" in *pro se* cases, *id.* at 475 (citation omitted), has

limits — to state a claim, *pro se* pleadings still must comply with Federal Rule of Civil

Procedure ("Rule") 8, which requires a complaint to make a short and plain statement

showing that the pleader is entitled to relief.

## BACKGROUND

    Plaintiff's complaint and attached submissions are difficult to understand because they

are filled mostly with legal jargon and contains little to no facts about the events giving rise to

the action.  Plaintiff's submissions indicate that he intends to invoke the "Zodiac

Constitution" of 1774, the U.S. Constitution, the 1786 and 1836 Treaties of Peace and

Friendship between the United States and Morocco, the Cestui Que Vie Act 1666 (an act of

the English Parliament), and the Corpus Juris Secundum, Compl. at 8, as well as the "Law of

Equity, Law of Nations, Ecclesiastical Law, and the fiduciary doctrines governing public

officers dealing in trust assets," *id.* at 28.  The Court assumes that Plaintiff is suing Ramona L.

Goodman, an attorney for PPC Residential LLC, because she represented his landlord in a

civil court matter in which Plaintiff was involved.  *See id.* at 28, 43.

　　Plaintiff claims that "[b]y way of Quo Warranto," he "lawfully demand[s] the

disclosure of any claimed authority to proceed against [him] or the estate."  *Id.* at 1.  He also

purports to issue a "Notice of Abatement," by which "[a]ny attempt to act on a judgment, writ,

lien, or other enforcement mechanism without lawful Indigenous jurisdiction shall be deemed

defective and void."  *Id.*  Plaintiff alleges that he "retain[s] full and equitable title — also

known as naked ownership — over the estate property situated at 1595 Odell Street 6E," that

he "never abandoned, transferred, or relinquished control of said property," nor did he

"authorize[] any third party to exercise superior title."  *Id.* at 13.  He alleges that PPC

Residential LLC "may be benefiting as unlawful usufructuaries," are profiting from or using

his estate's property without holding lawful or equitable title, and that "[t]heir continued

occupancy actions, rent collection, and use of legal process constitute fiduciary breach and

unauthorized exercise of trust res."  *Id.* at 13-14.  Finally, he alleges that the actions of PPC

Residential LLC and its agents "constitute acts of trespass to chattels."  *Id.* at 14.  An affidavit

submitted by Plaintiff directs "constructive trustees," including Goodman, to "cease any

unauthorized conveyance, seizure, or administration of any part of the trust estate," among

other things.  *Id.* at 28.  He has included an "Allodial Fee Schedule for Administrative and

Equitable Enforcement" in his 108-page submission to the Court, which includes a "schedule of fees" including "Unauthorized use of estate name, likeness, or identifiers (each occurrence): $500,000.00," "Unlawful enforcement of default judgment or court order (per incident): $500,000.00," "Attempted eviction or dispossession of estate-resident or trustee: $750,000.00," and "Trespass to chattels via intermeddling: $250,000.00." *Id.* at 16-17. He has also appended a document that appears to be his lease for an apartment at 1595 Odell Street. *Id.* at 38.

## DISCUSSION

### I.    Subject Matter Jurisdiction

In light of Plaintiff's *pro se* status, the Court has liberally construed the allegations in Plaintiff's Complaint to raise the "strongest [claims] that they suggest." *Triestman*, 470 F.3d at 474. Even so, the Court finds no basis to invoke the Court's subject matter jurisdiction.

First, no facts in the Complaint suggests that Plaintiff's allegations implicate a federal claim. To invoke federal question jurisdiction, a plaintiff's claims must arise "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. A case arises under federal law if the complaint "establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." *Bay Shore Union Free Sch. Dist. v. Kain*, 485 F.3d 730, 734-35 (2d Cir. 2007) (quoting *Empire Healthcare Assurance, Inc. v. McVeigh*, 547 U.S. 677, 690 (2006)). Mere invocation of the federal Constitution, without any facts demonstrating a federal law claim, does not create federal subject matter jurisdiction. *See, e.g.*, *Gause v. Chase Bank N.A.*, No. 11-cv-06107 (JS) (ARL), 2012 WL 847816, at *3 (E.D.N.Y. Mar. 12, 2012) (dismissing *pro se* plaintiff's claim for lack of subject matter jurisdiction, since "[d]espite [p]plaintiff's reference to the Fourth and Fifth Amendments of the Constitution, his allegations [did] not

support a colorable claim such that this [c]ourt's subject matter jurisdiction is invoked").

Plaintiff has not alleged facts supporting a claim under 42 U.S.C. § 1983, the proper

procedural mechanism for alleging a civil rights claim arising from the violation of an

individual's constitutional rights, since he has not alleged that Defendant acted under color of

state law and the Complaint is devoid of any allegations concerning the deprivation of any

constitutional right.  Thus, the Complaint does not establish the Court's subject matter

jurisdiction.  Moreover, the other authorities to which Plaintiff refers do not provide a federal

cause of action.  *See Shahadi El v. Tutthill*, No. 21-cv-02502 (JS) (JMW), 2023 WL 2914945,

at *2 (E.D.N.Y. Apr. 12, 2023) (collecting cases holding that the Treaties of Peace and

Friendship of 1787 and 1836 do not create a basis for federal jurisdiction); *Newsome v. N.Y.C.

Fam. Ct.*, No. 24-cv-05265 (VSB) (GS), 2025 WL 1503854, at *4 (S.D.N.Y. May 27, 2025)

(explaining that plaintiff could not maintain a quo warranto action in federal court because a

quo warranto action "does not create a private right of action"); *Pitter El v. O'Brien*, No. 12-

cv-01793 (DLI) (JMA), 2012 WL 2367096, at *3 n.3 (E.D.N.Y. June 20, 2012) (plaintiff's

claims under the "Zodiac Constitution" did not confer federal jurisdiction).  Thus, the Court

does not have federal question jurisdiction over Plaintiff's claims.

The Court also does not have diversity jurisdiction.  To establish jurisdiction under 28

U.S.C. § 1332, a plaintiff must first allege that the plaintiff and the defendant are citizens of

different states.  *See Janczuk v. Inner City Press*, No. 24-cv-02385 (LTS), 2024 WL 1623421,

at *2 (S.D.N.Y. Apr. 10, 2024) (citing *Wis. Dep't of Corr. v. Schacht*, 524 U.S. 381, 388

(1998)).  While Plaintiff asserts that he is "of Moorish and Yamasee Indigenous descent" and

domiciled "within the territorial jurisdiction of Amexem and without the United States," such

allegations do not create diversity jurisdiction.  *See Bey ex rel. Palmgren v. NYCeWheels*, No.

18-cv-09358 (CM), 2019 WL 2137002, at *3 (S.D.N.Y. May 15, 2019) (rejecting argument

that membership in the "Moorish nation" created diversity jurisdiction and collecting cases). Moreover, Plaintiff has not pled facts establishing Defendant's domicile, and the Court is unable to determine whether the parties are diverse.[1]  As a result, Plaintiff has not established diversity jurisdiction.

## II.    Leave to Replead

Plaintiff is proceeding *pro se* and district courts generally should grant a self-represented plaintiff an opportunity to amend a complaint to cure its defects, unless amendment would be futile.  *See Hill v. Curcione*, 657 F.3d 116, 123-24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988).  The Court therefore grants Plaintiff thirty (30) days to replead his claims in an amended complaint to provide any additional facts that would show that the Court has subject matter jurisdiction of this matter.

Plaintiff is advised that there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases.  The Clinic may be able to provide Plaintiff with advice in connection with her case.  The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit).

To make an appointment, Plaintiff must complete the City Bar Justice Center's intake form.  If Plaintiff has questions about the intake form or needs to highlight an urgent deadline

---

[1] One of the documents submitted as part of Plaintiff's Complaint provides an address for Defendant at 733 Yonkers Ave, 6th Floor, Yonkers, New York.  Compl. at 52.  If Defendant is a New York domiciliary, then the Court does not have diversity of citizenship jurisdiction because the parties would then be citizens of the same state, since Plaintiff also appears to be domiciled in New York.  *See Shepard v. Epps*, No. 24-cv-04114 (LTS), 2024 WL 4109076, at *2 (S.D.N.Y. Aug. 26, 2024) (complaint did not demonstrate diversity jurisdiction where allegations indicated that both plaintiff and defendant resided in New York).

already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10 a.m. to 4 p.m.  Appointments are also available remotely Monday through Friday, 10 a.m. to 4 p.m.

**CONCLUSION**

The Court dismisses the Complaint for lack of subject matter jurisdiction.  *See* Fed. R. Civ. P. 12(h)(3).  Plaintiff is granted leave to file an amended complaint within 30 days, that is, by September 19, 2025.  If Plaintiff fails to submit an amended complaint by that date, the Clerk of Court is directed to enter judgment in favor of Defendant and close this case.  An Amended Complaint form and City Bar Justice Center flyer are attached to this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated:  August 20, 2025
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐  **Federal Question**

☐  **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____, is a citizen of the State of
             (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_____

First Name                    Middle Initial        Last Name

_____

Street Address

_____

County, City                          State              Zip Code

_____

Telephone Number                      Email Address (if available)

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   _____
             First Name                    Last Name

             _____
             Current Job Title (or other identifying information)

             _____
             Current Work Address (or other address where defendant may be served)

             _____
             County, City                State              Zip Code

Defendant 2:   _____
             First Name                    Last Name

             _____
             Current Job Title (or other identifying information)

             _____
             Current Work Address (or other address where defendant may be served)

             _____
             County, City                State              Zip Code

Defendant 3:   _____
             First Name                    Last Name

             _____
             Current Job Title (or other identifying information)

             _____
             Current Work Address (or other address where defendant may be served)

             _____
             County, City                State              Zip Code

Defendant 4:

_____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____


Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

> If you do not consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address            City              State            Zip Code

_____
Telephone Number              E-mail Address

_____
Date                    Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007



# CITY BAR JUSTICE CENTER OVERVIEW
## *Free legal assistance for New Yorkers in need.*

The City Bar Justice Center (CBJC) advances access to justice by addressing the legal needs of New Yorkers experiencing poverty and facing social and economic barriers. CBJC's projects, including the largest civil legal hotline in New York, provide assistance through:



**Brief advice and information**



**Referrals**



**Limited scope and extended legal representation**



**Community outreach and education**

## LEGAL HOTLINE

The Legal Hotline is staffed by attorneys who assist callers on a range of civil legal issues, including matrimonial and family law, housing law, domestic violence, bankruptcy, and debt collection and benefits. Hours of operation for the Legal Hotline are Monday through Thursday from 10:00 a.m. to 12:00 p.m. and 2:00 p.m. to 4:00 p.m. and Friday from 9:00 a.m. to 12:00 p.m.

Our staff includes bilingual attorneys who speak English and Spanish, and:
We accept calls in any language through interpreting services.
Aceptamos llamadas en cualquier idioma a través de servicios de interpretación.
我們通過口譯服務接受任何語言的電話.
Nous acceptons les appels dans toutes les langues grâce à des services d'interprétation.
Принимаем звонки на любом языке через услуги переводчика.

### CONTACT US

Call 212-626-7383 or apply for help online by scanning the QR code



www.tinyurl.com/cbjchelp

**OTHER RESOURCES:** If you are able to pay a consultation fee and are considering hiring a private attorney, please call the **Legal Referral Service** at 212-626-7373 or visit their website at www.nycbar.org/get-legal-help. LawHelp.org/NY is an online tool for New Yorkers with limited resources to locate free legal assistance.

# CITY BAR JUSTICE CENTER PROJECTS

*To contact or learn more about a CBJC project, visit: www.citybarjusticecenter.org/our-projects*

## CANCER ADVOCACY PROJECT
CAP provides cancer patients, survivors, and their families with legal information and pro bono assistance on issues relating to advance directives, Wills, health insurance appeals and cancer-related employment discrimination.

## CONSUMER BANKRUPTCY PROJECT
CBP provides legal assistance to consumers with outstanding debts, assists debtors filing *pro se* bankruptcy petitions, and provides pro bono representation to debtors in contested matters.

## ELDERLAW PROJECT
ELP aims to maintain the dignity and independence of elderly people by providing clients with end-of-life planning assistance. ELP also provides community education on areas of law that are important to seniors.

## FEDERAL PRO SE LEGAL ASSISTANCE PROJECTS
The Federal Pro Se Legal Assistance Projects assist pro se litigants with civil legal matters through review of papers, drafting assistance, research, referrals and advising.

## HOMEOWNER STABILITY PROJECT
HSP provides legal assistance to homeowners facing foreclosure, behind on their mortgage, property taxes or other housing expense; or seeking assistance with title, deeds or inheritance of a home.

## IMMIGRANT JUSTICE PROJECT
IJP assists individuals seeking asylum, survivors of violent crimes and trafficking in the U.S., and those seeking humanitarian protection and other forms of immigration relief.

## LGBT ADVOCACY PROJECT
The LGBT Advocacy Project offers free legal advice and representation to New Yorkers that identify as LGBTQ+ in the areas of family and marital law, life planning, discrimination, housing and foreclosure, and transgender name and gender changes.

## NEIGHBORHOOD ENTREPRENEUR LAW PROJECT
NELP provides micro-entrepreneurs with legal assistance on matters including incorporation, contracts, and intellectual property rights to ensure their businesses start off on sound legal footing.

## PLANNING AND ESTATES LAW PROJECT
PELP provides legal advice and assistance to New Yorkers facing economic barriers with matters pertaining to end of life planning, wills and estates.

## SHELTER ADVOCACY PROJECT
SAP provides advice, advocacy, and limited-scope representation on urgent and unmet legal needs of people experiencing homelessness.

## VETERANS ASSISTANCE PROJECT
VAP assists veterans of limited resources with legal assistance on issues related to their claims for benefits from the U.S. Department of Veteran Affairs (VA).