UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEIN RAKIN RANDOLPH,

               Plaintiff,

-against-

RAMONA L. GOODMAN,

               Defendant.

Case No. 1:25-cv-04833 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court previously dismissed the Complaint with leave to file an amended complaint by September 19, 2025, and warned Plaintiff that if he failed to submit an amended complaint by that date, judgment would be entered in favor of Defendant and the case would be closed. Dkt. 7. That date has now passed without Plaintiff filing an amended complaint. In light of Plaintiff's *pro se* status, however, the Court will permit Plaintiff an additional two weeks to submit an amended complaint. If Plaintiff does not submit an amended complaint by **October 10, 2025,** the Clerk of Court will direct that judgment be entered in favor of Defendant and that the case be closed. The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the address listed on the docket.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: September 26, 2025
       New York, New York

                                       SO ORDERED.

                                       JENNIFER L. ROCHON
                                       United States District Judge